■ In the Matter of CONNOR'S 207 INC. against NEW YORK STATE LIQUOR AUTHORITY.— Motion for stay granted on condition that the petitioner procures the record and petitioner's points to be served and filed on or before January 28, 1960, with notice of argument for the February 1960 Term of this court. Respondents' points are to be served and filed on or before February 11, 1960. Upon the filing of the notice of argument and note of issue, the Clerk is directed to add this proceeding to the foot of the Enumerated Calendar for February 19, 1960. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FRANCES DAVID v. BELCLARE ESTATES, INC.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, and upon the further condition that the appellant pays for the use and occupancy of the subject apartment on the first day of each month until the hearing and determination of the appeal. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of SIPAL REALTY CORPORATION, against MARTIN L. DANKERS et al.— Motion for stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before February 4, 1960, with notice of argument for February 16, 1960, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

### (January 25, 1960)

■ SAM H. LIPSON, as Receiver, v. CHARLES RADER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of AMBRO APTS. CORP. et al., against ROBERT C. WEAVER, as State Rent Administrator.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between MARY E. PHILLIPS, as Administratrix, and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

4a FUN FAIR PARK, INC., et al., v. FRANCES URSINI et al. FUN FAIR PARK, INC., et al. v. GABOR HOLDING CORPORATION et al.— Motion granted insofar as to extend the appellants' time to serve and file the record on appeal and appellants' points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered November 27, 1959 is modified accordingly. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.